ELKINGTON SHEPHERD LLP
SALLY J. ELKINGTON, SBN 142619
JAMES A. SHEPHERD, SBN 264400
409 13th Street, 10th Floor
Oakland, CA 94612
Telephone:    (510) 465-0404
Facsimile:    (510) 465-0202
E-mail:       sally@elkshep.com

Attorney for Debtors
SHANE DANIELLE THOMAS-WILLIAMS
ANDRE JEVON WILLIAMS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**SHANE DANIELLE THOMAS-WILLIAMS**<br><br>**ANDRE JEVON WILLIAMS,**<br><br>            DEBTORS.<br>_____/ | **CASE NO. 12-41295 CN**<br><br>CHAPTER 13<br><br>**REQUEST FOR ENTRY OF JUDGMENT VOIDING LIEN OF CREDITOR HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES (as successor in interest to Ocwen Loan Servicing, LLC and/or DB Home Lending LLC) ON REAL PROPERTY** |

   The Debtors request entry of judgment voiding the lien of Creditor HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates (as successor in interest to Ocwen Loan Servicing, LLC and/or DB Home Lending LLC) on Real Property upon completion of their Chapter 13 plan.

   1.   On March 20, 2012, this Court entered an order granting Debtors' Motion to Value Collateral and Avoid Lien of Creditor Ocwen Loan Servicing, LLC and/or DB Home Lending LLC on Real Property.  Docket #21.  A copy of the Court's order is attached hereto as Exhibit A and incorporated

herein by reference.

2. The lien encumbered the Debtors' real property commonly known as 4851 Dunkirk Avenue, Oakland, California 94605, Assessor's Parcel Number 048-6313-069. The lien (hereinafter the "Lien") was recorded in Alameda County on or about January 3, 2007, by DB HOME LENDING LLC as instrument number 2007002237. A copy of the Lien is shown in docket number 12-3.

3. On or about April 18, 2014, Mortgage Electronic Registration Systems, Inc., as nominee for DB HOME LENDING LLC recorded an Assignment of Deed of Trust (hereinafter the "Assignment") assigning the lien "to HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr., West Palm Beach, FL 33407" in Alameda County as instrument number 2014095152. A copy of the recorded Assignment of Deed of Trust is attached hereto as Exhibit B and incorporated herein by reference.

4. The Court's order (Exhibit A) provided that upon entry of a discharge in Debtors' chapter 13 case, the lien, held by Creditor Ocwen Loan Servicing, LLC and/or DB Home Lending LLC would be voided for all purposes.

4. Debtors received their discharge on August 23, 2017. Docket #56.

Wherefore, the Debtors request that the Court enter a judgment voiding the Lien of Ocwen Loan Servicing, LLC and/or DB Home Lending LLC, which Lien was recorded in Alameda County on or about January 3, 2007, by DB HOME LENDING LLC as instrument number 2007002237, and the Assignment of that lien to HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates, which assignment was recorded in Alameda County on or about April 18, 2014, as instrument number 2014095152, determining that the Lien and the Assignment are both entirely, permanently, and for all purposes void and unenforceable.

DATE: September 12, 2017

                                            ELKINGTON SHEPHERD

                                            /s/ SALLY J. ELKINGTON
                                            SALLY J. ELKINGTON