# EXHIBIT A

1  **ELKINGTON LAW**
SALLY J. ELKINGTON SBN 142619
2  Historic Tribune Tower
409 - 13th Street, 10th Floor
3  Oakland, CA 94612
510.465.0404
4  Fax: 510.465.0202

**The following constitutes
the order of the court. Signed March 19, 2012**

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

5  Attorney for Debtors
SHANE DANIELLE THOMAS-WILLIAMS
6  ANDRE JEVON WILLIAMS

7

8              IN THE UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  In re                                      CASE NO. 12-41295 MEH-13

12  SHANE DANIELLE THOMAS-WILLIAMS            CHAPTER 13

13  ANDRE JEVON WILLIAMS,                     **ORDER APPROVING MOTION TO
                                             VALUE COLLATERAL AND AVOID
14              DEBTORS.                       LIEN OF CREDITOR OCWEN LOAN
                                             SERVICING, LLC and/or DB HOME
15                                            LENDING LLC ON REAL PROPERTY**

16  _____/

17      **ORDER APPROVING MOTION TO VALUE COLLATERAL AND AVOID LIEN OF
18          OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC**

19      The Motion to Value Collateral and Avoid Lien of Lienholder OCWEN LOAN SERVICING,

20  LLC and/or DB HOME LENDING LLC was filed with the Court on February 22, 2012 to avoid the lien

21  of OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC, against the Debtors' real

22  property commonly known as 4851 Dunkirk Avenue, Oakland, California 94605, Assessor's Parcel

23  Number 048-6313-069 ("Real Property"), and more fully described in Exhibit A of the Motion to Value

24  Collateral and Avoid Lien of OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC,

25  which lien was recorded in Alameda County on or about January 3, 2007, by DB HOME LENDING

26  LLC as instrument number 2007002237 (hereinafter the "Lien").  Please see Exhibit A, filed on

27  February 22, 2012, docket number 12.

28      The Court finds that notice of the motion upon Lienholder was proper.  Lienholder having failed

to file a timely opposition to Debtors' motion, the Court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien, held by OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC , instrument number 2007002237 is valued at zero, and as such is not a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien, held by OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC, instrument number 2007002237 shall be voided for all purposes, and upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien, held by OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC, instrument number 2007002237 shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order from this Court, the Lien held by OCWEN LOAN SERVICING, LLC and/or DB HOME LENDING LLC, instrument number 2007002237 may not be enforced so long as the order of the Court remains in effect.

**\*End of Order\***

## COURT SERVICE LIST

MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 9077
Pleasanton, CA 94566

DB HOME LENDING LLC
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
26521 Rancho Parkway South, Ste 210
Lake Forest, CA 92630

DB HOME LENDING LLC
Agent for Service of Process:
C T CORPORATION SYSTEM
818 W SEVENTH ST
LOS ANGELES CA 90017

Gordon Stockwell, CEO of
DB HOME LENDING LLC
26521 Rancho Parkway South, Ste 210
Lake Forest, CA 92630

OCWEN LOAN SERVICING, LLC
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409

Ronald M. Faris
President of Ocwen Financial Corporation
parent company of
OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409

OCWEN LOAN SERVICING, LLC
Agent for Service of Process:
CSC-LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO CA 95833

DB HOME LENDING LLC
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
26521 Rancho Parkway South
Lake Forest, CA 92630

Chicago Title Company
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
6210 Medau Place
Oakland, CA 94611

Chicago Title Company
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
2510 N. REDHILL AVE.
SANTA ANA CA 92705

Chicago Title Company
Agent for Service of Process:
C T CORPORATION SYSTEM
818 W SEVENTH ST
LOS ANGELES CA 90017

Mortgage Electronic Registration Systems, Inc.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
P.O. Box 2026
Flint, MI 48501-2026

Mortgage Electronic Registration Systems, Inc.
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
1818 LIBRARY ST, STE 300
RESTON VA 20190

Mortgage Electronic Registration Systems, Inc.
Agent for Service of Process:
GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD STE 100
IRVINE CA 92618

SHANE DANIELLE THOMAS-WILLIAMS
ANDRE JEVON WILLIAMS
4851 Dunkirk Avenue
Oakland, CA 94605

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28