RECORDING REQUESTED BY AND MAIL TO:

APN #: 048-6313-069
Prepared by: Joe Simmons
When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236
9.55837
678064311715
Attorney Code: _____
MIN: 100487200000068888
MERS Ph.#: (888) 679 – 6377



2014095152  04/18/2014 02:35 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:  25.00



1  PG

## ASSIGNMENT OF DEED OF TRUST
## CALIFORNIA

This **ASSIGNMENT OF DEED OF TRUST** from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.(MERS)**, as nominee for DB HOME LENDING LLC, whose address PO Box 2026 Flint, MI 48501-2026, its successors and assigns, ("Assignor") to **HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, FL 33407, (Assignee) its successors and assigns, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the County Recorder of **ALAMEDA** County, State of **CALIFORNIA**, as follows;

Trustor: ANDRE J. WILLIAMS, SR. AND SHANE D. THOMAS
Trustee: CHICAGO TITLE COMPANY
Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR DB HOME LENDING LLC.
Document Date: DECEMBER 27, 2006
Amount: $129,100.00
Date Recorded: 1-3-07
Document/Instrument/Entry Number: 2007002237
Property Address: 4851 DUNKIRK AVENUE, OAKLAND, CA 94605
*Property more particularly described in the above referenced recorded Deed of Trust*
This Assignment is made without recourse, representation or warranty.

DATED: OCTOBER 21, 2013
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**

BY: _____
NAME: Noemi Elizabeth Morales
TITLE: Assistant Secretary
State of FLORIDA
County of PALM BEACH
On OCTOBER 21, 2013, before me, __Stephanie Simpson__, Notary Public personally Noemi Elizabeth Morales personally known to me who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

_____
Signature of Notary – Stephanie Simpson

Notary Public State of Florida
Stephanie Simpson
My Commission EE 845386
Expires 10/21/2016