

**ELKINGTON SHEPHERD LLP**
SALLY J. ELKINGTON, SBN 142619
JAMES A. SHEPHERD, SBN 264400
409 13th Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 465-0404
Facsimile: (510) 465-0202
E-mail: sally@elkshep.com

Attorney for Debtors
SHANE DANIELLE THOMAS-WILLIAMS
ANDRE JEVON WILLIAMS

The following constitutes
the order of the court. Signed September 28, 2017

_____
**Charles Novack**
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

**SHANE DANIELLE THOMAS-WILLIAMS**

**ANDRE JEVON WILLIAMS**

DEBTORS.

_____/

**CASE NO. 12-41295 CN**

CHAPTER 13

**FINAL ORDER ON MOTION TO VALUE COLLATERAL OF CREDITOR HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES (as successor in interest to Ocwen Loan Servicing, LLC and/or DB Home Lending LLC) UNDER § 506 AND FRBP 3012**

On March 20, 2012, this Court entered an Order valuing collateral of Creditor Ocwen Loan Servicing, LLC and/or DB Home Lending LLC, which Lien was recorded in Alameda County by DB HOME LENDING LLC, and the Assignment of that Lien to HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates under § 506 and FRBP 3012. The collateral secures a lien against certain property of the debtor for purposes of this chapter 13 case. That order was subject to being set aside until the debtor obtained a discharge or completed plan payments in this chapter 13 case. The debtor having obtained a discharge, the court now therefore enters the following final order. The lien of Ocwen Loan Servicing, LLC and/or DB Home Lending LLC, which Lien was recorded in Alameda County by DB HOME

LENDING LLC, and the Assignment of that Lien to HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates regarding property commonly known as 4851 Dunkirk Avenue, Oakland, California 94605 and more formally described in Exhibit A hereto, and which was recorded in Alameda County, on or about January 3, 2007, as instrument number 2007002237 and assigned to HSBC BANK USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-HE5, Asset Backed Pass-through Certificates on or about April 18, 2014 as instrument number 2014095152 are both hereby determined to be entirely, permanently, and for all purposes void and unenforceable.
.

*END OF ORDER*

COURT SERVICE LIST