Escrow No.: 00-5850233518
Locate No.: CACT17701-7701 5585 0058502335
Title No.: 01 5850233S-BQ

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 23, "Tract 1581", filed August 10, 1955, in Book 36 of Maps, Page 25, Alameda County Records.